TRIAL COURT CASE NO. _____

§           IN THE DISTRICT COURT

§           FILED IN<br>15th COURT OF APPEALS

§           _____ COUNTY, TEXAS AUSTIN, TEXAS

§

§           11/21/2025 3:44:37 PM

§           JUDICIAL DISTRICT CHRISTOPHER A. PRINE<br>Clerk

# DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFORMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed:_____

Type of Order (Interlocutory or Final) _____

Date Motion for New Trial Filed:_____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: _____

Name of judge who entered judgment:_____

Name of court reporter:_____

       Address of court reporter:_____

Name of attorney on appeal:_____SB#:_____

       Attorney Address:_____

       Attorney E-Mail Address: _____

       Attorney on appeal (check applicable box):

            ☐ appointed       ☐ retained       ☐ Pro Se

Name of Appellee's Attorney:_____SB#_____

       Attorney Address:_____

       Attorney E-Mail Address:_____

**<u>Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:</u>**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____E-Mail      _____Hand Delivery      _____Mail

On_____        By:_____(clerk's initials)